No opinion
ever issued
by this
number

0-3233